In the Matter of the Claim of FRANK HAMILTON, Respondent, against LANDAU AMUSEMENT CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 8, 1941; decided November 19, 1941.

· *J. Francis Hayden* and *Charles E. Powers* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.